DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW THOMPSON,**
Appellant,

v.

**THE MANORS OF INVERRARY CONDO XI ASSOCIATION, INC.,**
Appellee.

No. 4D21-525

[May 6, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case Nos. CACE20-6440 and COCE18-12072

Andrew Thompson, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***